UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELDRIDGE C.W., SR.,

     Plaintiff,                           Case No. 23-cv-13207
                                          Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

_____/

## JUDGMENT

     For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Summary Judgment is **GRANTED**, Defendant's Motion for Summary Judgment is **DENIED**, and this action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

                                    s/Matthew F. Leitman_____
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: March 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 3, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126